WARREN D. BROWN, as Trustee for CHARLOTTE BROWN NAST, Respondent, v. J. EDWARD JONES, Appellant. CHARLOTTE POST BROWN, Respondent, v. J. EDWARD JONES, Appellant.— Order granting plaintiffs' motion for an examination of defendant before trial and for the production of books, etc., unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

JACOB B. SHALE, Respondent, v. THE FIRST NATIONAL BANK AND TRUST COMPANY OF FLORAL PARK, NEW YORK, Appellant.— Order denying defendant's motion to substitute or interplead E. Louise Cassese as defendant herein, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

WILLIAM P. McGINN, Respondent, v. PAUL J. MORRIN, Individually and as General President of the International Association of Bridge, Structural and Ornamental Iron Workers, a Voluntary Association of More than Seven Persons, Appellants.— Order denying defendants' motion to vacate and set aside the service of the order to show cause, affidavit, summons and verified complaint upon defendants, unanimously affirmed, with twenty dollars costs and disbursements, with leave to defendants to answer within twenty days after service of order with notice of entry, upon payment of said costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ. [158 Misc. 666.]

FLORENCE L. STRAUSS, Appellant, v. RICHARD A. ROWLAND, Respondent.— Order denying plaintiff's motion for an examination of defendant before trial, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

WALTER A. RUKEYSER, Respondent, v. NATHAN NEWMAN and Another, Appellants.— Order granting plaintiff's motion for an order restoring cause to calendar, and placing it on the Trial Term, Part II, calendar for the December, 1935, term, unanimously reversed, with twenty dollars costs and disbursements, and the motion denied, with ten dollars costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of MAX BIEDERMAN, Appellant, for a Mandamus Order against JAMES E. FINEGAN, President, and Others, Constituting the Municipal Civil Service Commission of the City of New York, and Others, Respondents.— Order denying petitioner's motion for a peremptory or alternative order of mandamus unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROSA MARTINI, Appellant, v. RUTH COLLINS, Individually, and as Warden of the Women's Prison at Sixth Avenue and Christopher Street, Respondent.— Order dismissing writ of habeas corpus and remanding relator to custody unanimously affirmed. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.